FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2017 FEB -1 A 10:51

WILLIAM W. BLEVINS
CLERK

FELONY

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**BILL OF INFORMATION FOR HEALTH CARE FRAUD AND NOTICE OF FORFEITURE**

17-24

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** |
| **v.** | * | **SECTION:** SECT. E MAG. 2 |
| **MONICA SYLVEST** | * | **VIOLATION: 18 U.S.C. § 1347** |
| | * | |

* * *

The United States Attorney charges that:

**COUNT 1**
**Health Care Fraud**

**A. AT ALL TIMES MATERIAL HEREIN:**

1. "Clinic A," located at 4255 Lapalco Blvd., Marrero, Louisiana 70072, was a pediatric medical practice operated by a group of physicians who were the owners and business partners.

2. The defendant, **MONICA SYLVEST** ("**SYLVEST**"), was hired by "Clinic A" in August 2014 as a Practice Administrator.

X Fee USA
___ Process
X Dktd
___ CtRmDep
___ Doc. No.

3. As the Practice Administrator at "Clinic A," **SYLVEST** was responsible for hiring and terminating employees, paying bills, maintaining doctors' credentials, overseeing Medicaid billings, as well as other human resource responsibilities.

4. **SYLVEST** was also responsible for submitting information to "Clinic A's" accounting firm.

5. "Clinic A's" patients were beneficiaries of various health care benefit plans, including Medicaid and private insurers.

6. Approximately sixty percent (60%) of "Clinic A's" revenue was generated through Medicaid.

7. From on or about September 2014 to on or about June 2016, "Clinic A" received approximately $934,501.73 in reimbursements under Medicaid.

8. "Clinic A" maintained a commercial bank account with First Bank and Trust.

9. Medicaid reimbursements were wired and deposited into "Clinic A's" First Bank and Trust account.

10. "Clinic A" was a health care benefit plan as defined by Title 18, United States Code, Section 24(b).

11. American Express ("AMEX") was a financial services company that issued a business credit card in the name **MONICA SYLVEST**.

12. As the Practice Administrator for "Clinic A," **SYLVEST** had access and could make on-line electronic payments and transfers to and from "Clinic A's" First Bank and Trust account.

**B. THE SCHEME TO DEFRAUD:**

1. It was part of the scheme and artifice to defraud that **MONICA SYLVEST** had an AMEX business credit card issued in her name.

2. It was further part of the scheme and artifice to defraud that from in or about August 2014 through in or about September 2016, **MONICA SYLVEST** caused approximately $536,724.00 in charges using an AMEX business credit card. **SYLVEST** paid the monthly balances using funds stolen from "Clinic A's" First Bank and Trust account.

3. It was further part of the scheme and artifice to defraud that **MONICA SYLVEST** concealed the AMEX business credit card monthly statements from "Clinic A."

4. It was further part of the scheme and artifice to defraud that **MONICA SYLVEST** disguised payments made to AMEX as "biologicals" or "vaccinations" in order to make it appear that the AMEX expenses were related to the normal operations of "Clinic A."

5. It was further part of the scheme and artifice to defraud that **MONICA SYLVEST** fabricated an AMEX monthly statement in an effort to conceal her scheme from "Clinic A."

6. It was further part of the scheme and artifice to defraud that **MONICA SYLVEST** screened AMEX account updates and alerts in an effort to conceal her scheme from "Clinic A."

7. It was further part of the scheme and artifice to defraud that **MONICA SYLVEST** diverted "Clinic A's" funds from the First Bank and Trust account to pay AMEX credit card charges in the amount of approximately $46,536.22 for a new 2015 Harley Davidson motorcycle purchased by **SYLVEST**.

8. It was further part of the scheme and artifice to defraud that **MONICA SYLVEST** diverted "Clinic A's" funds from the First Bank and Trust account to pay AMEX credit card charges in the amount of approximately $78,543.60 for cash advances made by **SYLVEST**.

9. It was further part of the scheme and artifice to defraud that **MONICA SYLVEST** diverted "Clinic A's" funds from the First Bank and Trust account to pay AMEX credit card charges in the amount of approximately $3,664.00 for artwork purchased by **SYLVEST** from a nationally recognized art studio.

10. It was further part of the scheme and artifice to defraud that **MONICA SYLVEST** diverted "Clinic A's" funds from the First Bank and Trust account to pay AMEX credit card charges in the amount of approximately $14,062.46 for jewelry purchased by **SYLVEST** from a local diamond jewelry store.

## C. THE OFFENSE OF HEALTH CARE FRAUD:

Beginning in or about August 2014, and continuing until in or about September 2016, in the Eastern District of Louisiana and elsewhere, the defendant, **MONICA SYLVEST**, did knowingly and willfully execute and attempt to execute the scheme and artifice to defraud described in Part B of this Bill of Information to obtain, by means of false and fraudulent pretenses, representations, and promises, money owned by, and under the custody and control of, "Clinic A's" First Bank and Trust account, to wit: the defendant embezzled and diverted to her personal use approximately $536,724.00 in medical reimbursements from the Medicaid program paid to "Clinic A" in connection with the delivery of and payment for health care benefits, items, and services.

All in violation of Title 18, United States Code, Section 1347.

## NOTICE OF HEALTH CARE FRAUD FORFEITURE

1. The allegations contained in Count 1 of this Bill of Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures to the United States pursuant to the provisions of Title 18, United States Code, Section 982(a)(7).

2. As a result of the offenses alleged in Count 1, defendant, **MONICA SYLVEST**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(7), any and all property, real and personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the offenses as a result of the violation of Title 18, United States Code, Section 1347, which is a Federal Health Care offense within the meaning of Title 18, United States Code, Section 24, including but not limited to the following items:

a. ¾ CT tw diamond engagement ring setting in 14K gold with 25 round cut diamonds in 14K and rose gold;

b. ¾ CT tw diamond anniversary ring setting in 14K white gold with 10 round cut diamonds in 14K white gold;

c. 1.51 CT tw loose diamond;

d. 2015 Harley Davidson motorcycle, bearing Vehicle Identification Number: 1HD1KHM17FB625300;

e. Artwork entitled "A Bouquet of Rose 2015" by George Rodrigue;

f. Artwork entitled "Paradise Island 2016" by George Rodrigue;

g. Artwork entitled "Mardi Gras 2015" by George Rodrigue;

h. At least $536,724.51 in United States Currency and all interest and proceeds traceable thereto.

i. The government specifically provides notice of its intent to seek a personal money judgment against the defendant in the amount of the fraudulently-obtained proceeds.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred, sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b) to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property;

All in violation of Title 18, United States Code, Section 982(a)(7).

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY

BRIAN M. KLEBBA
Assistant United States Attorney
New York Reg. Number 2938728

New Orleans, Louisiana
February 1, 2017

*No.* ____________________

# United States District Court

FOR THE

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

*vs.*

MONICA SYLVEST

BILL OF INFORMATION FOR
HEALTH CARE FRAUD AND
NOTICE OF FORFEITURE

Violation(s): 18 U.S.C. § 1347

*Filed* ____________________, *20* 17

____________________, *Clerk.*

*By* ____________________, *Deputy*

Brian M. Klebba

*Assistant United States Attorney*